# United States District Court
# For The Western District of North Carolina
# Charlotte Division

William Squire,

       Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                       3:03-cv-532

Marvin Pol,

       Defendant(s).

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/13/05 Order.

**Signed: September 14, 2005**

Frank G. Johns, Clerk
United States District Court